UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARK BUENO,

        Petitioner,

   v.

SCOTT FRAUENHEIM,

        Respondent.

No. 2:15-cv-0206-GEB-EFB P

ORDER

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 23, 2015, petitioner filed a request for leave to file a late reply to respondent's answer. Concurrently with the request, he filed his reply.

    Good cause appearing, it is ORDERED that petitioner's request (ECF No. 13) is granted and petitioner's traverse is deemed timely filed.

Dated: September 24, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE