UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK BUENO, | No. 2:15-cv-0206-GEB-EFB P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 20, 2017, petitioner requested leave to file late objections to the December 15, 2016 findings and recommendations. ECF No. 18. Attached to his request are his belated objections.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 18) is granted and petitioner's January 20, 2017 objections are deemed timely filed.

Dated: January 25, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE